IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARVIN DOWDY, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-0310 |
| | § | |
| ROBIN BAILEY, | § | |
|    Defendant. | § | |

### DISMISSAL ORDER

It is hereby **ORDERED** that the parties' Agreed Motion to Dismiss [Doc. # 20] is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

SIGNED at Houston, Texas, this **26th** day of **July, 2005**.

_____
Nancy F. Atlas
United States District Judge